IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRY L. HALE,
    Plaintiff,

vs.                                      Case No.:  3:08cv324/MCR/EMT

JOHN E. POTTER,
    Defendant.
_____/

**O R D E R**

      Plaintiff initiated this action by filing a civil rights complaint under 42 U.S.C. § 2000e and a motion for leave to proceed in forma pauperis (Docs. 1, 2).  Upon review of the motion and attached financial affidavit, the court concludes that Plaintiff has sufficient funds to pay the filing fee in full.  Specifically, Plaintiff's gross monthly income is $2,400.00, and Plaintiff has $9,000.00 in a Penn Air Credit Union account (Doc. 2 at 2).  Additionally, Plaintiff's wife is employed with the U.S. Postal Service and earns an annual income of $60,000.00, and Plaintiff owes no money on his home, which is valued at $175,000.00 (*id.*).  Therefore, the motion to proceed in forma pauperis shall be denied.

      Accordingly, it is **ORDERED**:

      1.    Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED**.  Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the full $350.00 filing fee.

      2.    Failure to comply with this order may result in a recommendation of dismissal of this action.

      **DONE AND ORDERED** this 1st day of August 2008.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**