**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

TERRY L. HALE

     VS                                        Case No. 3:08cv324/MCR/EMT

JOHN E. POTTER

### REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on           January 26, 2010

Type of Motion/Pleading: "MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO UNITED STATES' MOTION TO DISMISS, IN PART, AND MOTION FOR SUMMARY JUDGMENT" (requesting to March 1, 2010)

Filed by:   Plaintiff              on  1/14/2010     Document    29

( )      Stipulated/Consented/Joint Pleading

RESPONSES:

Defendant                         on  1/25/2010     Doc.#     30

                                    on             Doc.#

                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    /s/ *Teresa Milstead*

                                    Deputy Clerk Teresa Milstead

### ORDER

Upon consideration of the foregoing, it is **ORDERED** this 12th day of February 2010 that:

      The requested relief is **GRANTED**. Plaintiff shall file a written response to Defendant's motion by **MARCH 1, 2010,** the new advisement date. All evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure must be filed with the court, and hard copies of all documents submitted to chambers, prior to the advisement date.

                                s/ *Elizabeth M. Timothy*

                                  **ELIZABETH M. TIMOTHY**

                                  **UNITED STATES MAGISTRATE JUDGE**