IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRY L. HALE,

    Plaintiff,

vs.                                             Case No. 3:08cv324/MCR/EMT

JOHN E. POTTER,

    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 2, 2010 (Doc. 37). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order**.**

    2. This case is **DISMISSED**, **with prejudice,** pursuant to the court's inherent authority and Fed. R. Civ. P. 41(b), for Plaintiff Terry L. Hale's failure to prosecute and failure to comply with the court's orders.

    **DONE AND ORDERED** this 11th day of May, 2010.

                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**